**Shirley Guldan, Plaintiff-Appellee, v. Howard Kirst, Defendant-Appellant.**

**Gen. No. 64–10.**

Second District.
March 2, 1965.

W. Clancy, of Geneva (Wendell W. Clancy, of counsel), for ap-

pellant; John F. Grady, of Waukegan, and Eugene L. Resnick, of Chicago (Brown, Fox & Blumberg, and Nathan S. Blumberg, of counsel), for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. **Not to be published in full.**